**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRETT P. CLARK,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **Civil Action No. 05-445** |
| | ) | |
| **JO ANNE BARNHART,** | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

    **AND NOW**, this 3rd day of November, 2005, in accordance with the foregoing

memorandum opinion, it is **HEREBY ORDERED** as follows:

   1.  Defendant's Motion for Summary Judgment (Document No. 5) is GRANTED.

   2.  Plaintiff's Motion for Summary Judgment (Document No. 11) is DENIED.

   3.  The decision of the Commissioner is AFFIRMED, and Judgment is hereby

       entered in favor of the Commissioner and against plaintiff.

       The Clerk of Court shall mark this case closed.

                                s/ Arthur J. Schwab
                                Arthur J. Schwab
                                United States District Judge

cc: All counsel of record

Peter M. Suwak, Esquire
Pete's Surplus Building
P.O. Box  #1
Washington, PA 15301

Rebecca Haywood, Esquire
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219